**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00503-WCA**

**CHELSEA JACKSON**
**VERSUS**
**ARAMARK HEALTHCARE SERVICES**

**Appealed from Office of Workers' Compensation - # 4 Case No. 1407957**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. John D. Saunders**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chelsea Jackson** has this day been

   **DENIED**

cc: Matthew D. Crumhorn, Counsel for the Appellee